

ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION

2006 JUN -6 PM 3: 51

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| vs. | § | NO. 4:06-CR-045-A (01) |
| | § | |
| JOSEPH COLE CANTRELL | § | |

## GOVERNMENT'S WITNESS LIST

| Name/Address | Sworn/Testified<br>Subject Matter of Testimony |
| --- | --- |
| 1. Reynaldo P. Gutierrez<br>U.S. Probation Office | ____/____<br>Will testify as to all relevant facts of the defendant's case, conditions of supervised release, and violations. |

Respectfully submitted,

RICHARD B. ROPER
UNITED STATES ATTORNEY

_/s/ Alan M. Buie_
ALAN M. BUIE
Assistant United States Attorney
Texas Bar No. 783751
801 Cherry Street, Unit #4
Burnett Plaza, Suite 1700
Fort Worth, Texas 76102
Telephone:  817.252.5200
Facsimile:  817.978.3094

Joseph Cole Cantrell - Government's Witness List - Page 1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this day served upon counsel of record for the defendant and upon USPO Reynaldo P. Gutierrez, in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATED this 6th day of June 2006.

_____
ALAN M. BUIE
Assistant United States Attorney