ORIGINAL

CT

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2006 JUN -7  AM II: 53

CLERK OF COURT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF TEXAS

### FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:06-CR-045-A  ( 1 ) |
| | § | |
| JOSEPH COLE CANTRELL | § | |

## WITNESS LIST OF DEFENDANT JOSEPH COLE CANTRELL

NOW COMES defendant JOSEPH COLE CANTRELL, by and through undersigned counsel, and files a list of witnesses he may call in his defense at the revocation hearing on June 8, 2006.

| NO. | WITNESS | TESTIMONY | SWORN/TESTIFIED |
|-----|---------|-----------|-----------------|
| 1. | Cynthia Burgess | fact witness as to medical records and character. | _____ / _____ |
| 2. | Reynalo Gutierrez USPO | Will testify as to defendant's actions while on supervised release. | _____ / _____ |
| 3. | Joseph Cantrell | Will testify as to his behavior while on supervised release | _____ / _____ |

1

Respectfully submitted,

IRA R. KIRKENDOLL
Federal Public Defender
Northern District of Texas

BY: _____
    CHRIS CURTIS
Asst. Federal Public Defender
TX State Bar No. 05270900
819 Taylor Street, Room 9A10
Fort Worth, TX  76102-6114
(817) 978-2753


## CERTIFICATE OF SERVICE


I, CHRIS CURTIS, hereby certify that on this the 7th day of June, 2006,  a copy of the above Witness List of defendant JOSEPH COLE CANTRELL, has been delivered  to Assistant United States Attorney Alan Buie.

_____
CHRIS CURTIS

2